UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO.: 07-055 (RCL) |
| | : | |
| v. | : | |
| | : | |
| CHIQUITA BRANDS | : | |
| INTERNATIONAL, INC., | : | |
| | : | |
| Defendant. | : | |

**NOTICE OF ASSIGNMENT AND APPEARANCE**

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is assigned to Assistant United States Attorney Jonathan M. Malis, D.C. Bar Number 454548, telephone number (202) 305-9665, Jonathan.M.Malis@usdoj.gov; Assistant United States Attorney Denise Cheung, D.C. Bar Number 451714, telephone number (202) 307-2845, Denise.Cheung@usdoj.gov; and Department of Justice Trial Attorney Stephen Ponticiello, PA Bar Number 44119, telephone number (202) 353-8782, Stephen.Ponticiello@usdoj.gov; and this is the notice of their appearances in this matter on behalf of the United States.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
for the District of Columbia
D.C. Bar No. 498610

By: _____
Jonathan M. Malis
D.C. Bar No. 454548
Denise Cheung
D.C. Bar No. 451714
Assistant United States Attorneys
(202) 305-9665
Jonathan.M.Malis@usdoj.gov

Stephen Ponticiello
PA Bar No. 44119

                                       Department of Justice Trial Attorney
                                       Counterterrorism Section

<u>CERTIFICATE OF SERVICE</u>

      I HEREBY CERTIFY that a copy of the foregoing was caused to be served via U.S. Mail and Facsimile, upon the attorney for the defendant, Eric H. Holder, Jr., Covington & Burling, LLP, 1201 Pennsylvania Avenue, N.W., Washington, D.C. 20004-2401 (202-778-5372 facsimile), on this 14th day of March, 2007.

_____
ASSISTANT UNITED STATES ATTORNEY