UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| | : |
| v. | : |
| | : CRIMINAL NO.: 07-055 (RCL) |
| **CHIQUITA BRANDS** | : |
| **INTERNATIONAL, INC.,** | : |
| | : |
| **Defendant.** | : |

## NOTICE OF APPEARANCE

TO NANCY MAYER-WHITTINGTON, CLERK:

You are hereby notified that attorney Eric H. Holder, Jr. of Covington & Burling LLP appears as retained counsel on behalf of defendant Chiquita Brands International, Inc. in the above-entitled action.

      Respectfully submitted,

      COVINGTON & BURLING LLP

         /s/ Eric H. Holder, Jr.
      Eric H. Holder, Jr. (D.C. Bar No. 303115)
      James M. Garland (D.C. Bar No. 475509)
      Covington & Burling LLP
      1201 Pennsylvania Avenue, N.W.
      Washington, D.C. 20004
      (202) 662-5372 (telephone)
      (202) 778-5372 (facsimile)
      eholder@cov.com

      *Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the foregoing Notice of Appearance was filed using the Court's electronic case filing system this 14th day of March, 2007, which automatically results in service on all counsel of record registered on ECF.

                                              /s/ Eric H. Holder, Jr.
                                                Eric H. Holder, Jr.
                                               *Attorney for Defendant*