UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| | : |
| v. | : |
| | :  **CRIMINAL NO.: 07-055 (RCL)** |
| **CHIQUITA BRANDS** | : |
| **INTERNATIONAL, INC.,** | : |
| | : |
| **Defendant.** | : |

## NOTICE OF APPEARANCE

TO NANCY MAYER-WHITTINGTON, CLERK:

You are hereby notified that attorney James M. Garland of Covington & Burling LLP appears as retained counsel on behalf of defendant Chiquita Brands International, Inc. in the above-entitled action.

Respectfully submitted,

COVINGTON & BURLING LLP

　　　/s/ James M. Garland　　　
Eric H. Holder, Jr. (D.C. Bar No. 303115)
James M. Garland (D.C. Bar No. 475509)
Covington & Burling LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 662-5372 (telephone)
(202) 778-5372 (facsimile)
eholder@cov.com

*Attorneys for Defendant*

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that a true and correct copy of the foregoing Notice of Appearance was filed using the Court's electronic case filing system this 14th day of March, 2007, which automatically results in service on all counsel of record registered on ECF.

                                              /s/ James M. Garland
                                              James M. Garland
                                              *Attorney for Defendant*