UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | : CRIMINAL NO.: 07-055 (RCL) |
| CHIQUITA BRANDS | : |
| INTERNATIONAL, INC., | : |
| | : |
| Defendant. | : |

## CERTIFICATE OF FAMILIARITY WITH SENTENCING GUIDELINES

Pursuant to Local Rule of Criminal Procedure 44.5(b), Eric H. Holder, Jr. and James M. Garland, attorneys for defendant Chiquita Brands International, Inc., hereby certify that they are familiar with the Federal Sentencing Guidelines.

Respectfully submitted,

COVINGTON & BURLING LLP

         /s/ James M. Garland         
Eric H. Holder, Jr. (D.C. Bar No. 303115)
James M. Garland (D.C. Bar No. 475509)
Covington & Burling LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
(202) 662-5372 (telephone)
(202) 778-5372 (facsimile)
eholder@cov.com

*Attorneys for Defendant*

Date:  March 15, 2007

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing Certificate of Familiarity with Sentencing Guidelines was filed using the Court's electronic case filing system this 15th day of March, 2007, which automatically results in service on all counsel of record registered on ECF.

/s/     James M. Garland
James M. Garland
*Attorney for Defendant*