# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| v. : | |
| : | **CRIMINAL NO.: 07-055 (RCL)** |
| **CHIQUITA BRANDS** : | |
| **INTERNATIONAL, INC.,** : | |
| : | |
| **Defendant.** : | |

## LOCAL CRIMINAL RULE 44.6 CERTIFICATE

Certificate required by LCrR 44.6 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned counsel of record for defendant Chiquita Brands International, Inc., certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries or affiliates of Chiquita Brands International, Inc. which have any outstanding securities in the hands of the public.

These representations are made in order that the judges of this Court may determine the need for recusal.

                                                                  Respectfully submitted,

                                                                   COVINGTON & BURLING LLP

                                                                      /s/ James M. Garland
                                                                 Eric H. Holder, Jr. (D.C. Bar No. 303115)
                                                                 James M. Garland (D.C. Bar No. 475509)
                                                                 Covington & Burling LLP
                                                                 1201 Pennsylvania Avenue, N.W.
                                                                 Washington, D.C. 20004
                                                                 (202) 662-5372 (telephone)
                                                                 (202) 778-5372 (facsimile)
                                                                eholder@cov.com

Date: March 15, 2007                                      *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Local Criminal Rule 44.6 Certificate was filed using the Court's electronic case filing system this 15th day of March, 2007, which automatically results in service on all counsel of record registered on ECF.

/s/ James M. Garland
James M. Garland
*Attorney for Defendant*