IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO.: 1:07-cr -55 (RCL) |
| | : | |
| v. | : | |
| | : | |
| CHIQUITA BRANDS | : | GOVERNMENT'S NOTICE OF |
| INTERNATIONAL, INC., | : | APPEARANCE OF COUNSEL FOR |
| | : | THE UNITED STATES |
| Defendant. | : | |
| | : | |

   Comes Now the United States of America (hereinafter "the government"), by and through its undersigned attorney, and respectfully files this notice of appearance of counsel for Stephen Ponticiello, Esq., in this case. The government states that Mr. Stephen Ponticiello is a full-time employee of the United States Department of Justice's Counterterrorism Section, and as such, is authorized by Title 18, U.S.C., Sections 517 and 518 to represent the government in matters and cases in United States District Court.

   Respectfully submitted,

                                             Jeffery A. Taylor
                                             United States Attorney

             By:    _____
                                             Stephen Ponticiello, Trial Attorney
                                             U.S. Department of Justice
                                             Counterterrorism Section
                                             10th and Constitution Ave., NW, Room 1527
                                             Washington, D.C. 20530
                                             PA Bar No. 44119

## CERTIFICATE OF SERVICE

I certify that, on this 15th day of Mar. 2007, I have served a true and correct copy of the forgoing **Government's Notice Of Appearance Of Counsel For The United States** upon the persons named below by the method so indicated:

>Eric H. Holder, Jr., Esq.
>Covington & Burlington, LLP
>1201 Pennsylvania Avenue, NW
>Washington, DC 20004-2401
>(202)662-6291

_____
Tene' L. Lewis
Case Management Administrator