United States District Court
for the District of Columbia

FILED
MAR 19 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

**CHIQUITA BRANDS INTERNATIONAL, INC.,**

WAIVER OF INDICTMENT

CASE NUMBER:   CR 07-55

I, CHIQUITA BRANDS INTERNATIONAL, INC. the above named defendant, who is accused of

50:1705(b); Title 31, CFR 594.204; PENALTIES, VIOLATES ANY LICENSE OR ORDER; Engaging in Transactions with a Specially-Designated Global Terrorist.

being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on **March 19, 2007**    prosecution by indictment and consent that the proceeding may be by Information rather than by Indictment.

_____
Defendant

_____
Counsel for Defendant

_____
Judge Royce C. Lamberth
United States District Court