UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| | : |
| v. | : |
| | : **CRIMINAL NO.: 07-055 (RCL)** |
| **CHIQUITA BRANDS** | : |
| **INTERNATIONAL, INC.,** | : |
| | : |
| **Defendant.** | : |

## CONSENT MOTION TO CONTINUE SENTENCING DATE

With the consent of the United States of America, defendant Chiquita Brands International, Inc. ("Chiquita") moves to continue the date set for sentencing in this matter. Per the Court's March 19, 2007 minute entry, sentencing is currently set for June 1, 2007, at 10:00 a.m. Chiquita respectfully requests a one-week continuance of the sentencing date, to June 8, 2007, due to the travel schedule of Mr. Holder, counsel for Chiquita.

Respectfully submitted,

COVINGTON & BURLING LLP

　　　/s/ James M. Garland　　　
Eric H. Holder, Jr. (D.C. Bar No. 303115)
James M. Garland (D.C. Bar No. 475509)
Covington & Burling LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 662-5372 (telephone)
(202) 778-5372 (facsimile)
eholder@cov.com

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the foregoing Consent Motion to Continue Sentencing Date was filed using the Court's electronic case filing system this 21st day of March, 2007, which automatically results in service on all counsel of record registered on ECF.

                                                             /s/ James M. Garland
                                                               James M. Garland
                                                           *Attorney for Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| | : |
| v. | : |
| | : **CRIMINAL NO.: 07-055 (RCL)** |
| **CHIQUITA BRANDS** | : |
| **INTERNATIONAL, INC.,** | : |
| | : |
| **Defendant.** | : |

## ORDER

Upon consideration of defendant Chiquita's Consent Motion to Continue Sentencing Date, it is this ___ day of _____, 2007, **ORDERED** that the Motion be, and hereby is, **GRANTED**, and that sentencing shall be set for June 8, 2007, at _____, in Courtroom Five before Judge Royce C. Lamberth.

_____
Royce C. Lamberth
United States District Judge