UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : CRIMINAL NO.: 07-055 (RCL) |
| v. | : |
| CHIQUITA BRANDS INTERNATIONAL, INC., | : |
| Defendant. | : |

## MOTION TO CONTINUE SENTENCING HEARING

The United States of America respectfully moves to continue the sentencing hearing in this case, presently scheduled for June 1, 2007. As grounds for this motion, the United States submits the following:

1. Pursuant to Fed. R. Crim. P. 11(c)(1)(C), the defendant signed a plea agreement as part of an ongoing criminal investigation. The parties presented the plea agreement to the Court for its approval at a plea hearing on March 19, 2007. The Court provisionally accepted the plea agreement at that time.

2. The plea agreement contains a cooperation provision that requires the defendant to provide assistance to the government in this ongoing investigation (see ¶ 7 of the plea agreement). The level and quality of the defendant's assistance in this investigation will be a relevant issue at sentencing. According to the express terms of the plea agreement, the defendant is required to consent to postponement of sentencing until any cooperation that the defendant is providing to the government has been completed, as determined by the government (see ¶ 4 of the plea agreement).

3. The defendant has continued to provide assistance to the government pursuant to the cooperation provision of the plea agreement since the plea hearing on March 19, 2007. The United States anticipates that such cooperation and assistance will remain ongoing in the coming months.

4.  The United States therefore requests that the sentencing hearing be continued for a period of six months from today's date, that is until October 2007.

WHEREFORE, the United States respectfully submits that this Motion to Continue the Sentencing Hearing should be granted. A proposed Order is attached.

Respectfully submitted,

By: _____
Jonathan M. Malis
D.C. Bar No. 454548
Denise Cheung
D.C. Bar No. 451714
Assistant United States Attorneys
(202) 305-9665
Jonathan.M.Malis@usdoj.gov

_____
Stephen Ponticiello
PA Bar No. 44119
Department of Justice Trial Attorney
Counterterrorism Section

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was caused to be served on counsel of record through the Court's Electronic Case Filing system, on this 11th day of April, 2007.

_____
Jonathan M. Malis
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : CRIMINAL NO.: 07-055 (RCL) |
| v. | : |
| CHIQUITA BRANDS INTERNATIONAL, INC., | : |
| Defendant. | : |

## ORDER

Upon consideration of the Government's Motion to Continue the Sentencing Hearing in this case, and it appearing that the Motion should be granted, it is this _____ day of April, 2007, hereby

**ORDERED**, that the sentencing hearing in this case, presently scheduled for June 1, 2007, be and hereby is continued to the _____ day of October, 2007, at _____ a.m./p.m.

_____
ROYCE C. LAMBERTH, JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA