UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal No. 07-55 (RCL) |
| CHIQUITA BRANDS INTERNATIONAL, INC., | ) ) ) ) | |
| Defendant. | ) ) | |

### ORDER

Presently, a sentencing hearing is scheduled for June 1, 2007. On March 21, 2007, defendant filed a consent motion [13] to continue the June 1 sentencing hearing to June 8, 2007, due to a conflict with defendant's counsel. The government later filed a motion [15] to continue the sentencing hearing in this case until October 2007, to which defendant filed a response *under seal*. Upon consideration of the parties' motions [13, 15], and the record herein, it is hereby

ORDERED that defendant's consent motion [13] is GRANTED. The sentencing hearing originally scheduled for June 1, 2007, shall be converted into a Status Conference, which shall take place in Chambers on June 8, 2007 at 12:30 p.m.; it is further

ORDERED that the government's motion [15] to continue the sentencing date until October 2007 is DENIED; and it is further

ORDERED that the sentencing hearing shall be CONTINUED pending further order of the Court.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, May 30, 2007.

1